IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:10CR3042 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JENNIFER LYNN BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

　　　　The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

　　　　**IT THEREFORE HEREBY IS ORDERED** that Robert Creager is appointed as attorney of record for the above-named defendant.

　　　　**IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

　　　　**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and the defendant's attorney.

　　　　DATED: May 3, 2010.

　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　*s/Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　Cheryl R. Zwart
　　　　　　　　　　　　　　　　　　United States Magistrate Judge