IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3042-1 |
| | ) | |
| v. | ) | |
| | ) | |
| JENNIFER LYNN BROWN, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Ms. Brown was held responsible for 1.47 kilograms of crack using the 2010 Guidelines Manual resulting in a base offense level of 34. (Filing no. 78 (PSR); filing no. 79 (SOR).) Thus, nothing changes under the Guidelines that become effective November 1, 2011. Accordingly,

IT IS ORDERED that the Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (filing no. 110) is denied.

DATED this 30th day of August, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge