IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3042 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| JENNIFER LYNN BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of a letter from the defendant.

IT IS ORDERED that:

(1)     The Clerk of Court shall file the letter.

(2)     Treating the letter as a motion, the motion is denied.

(3)     The Clerk of Court shall provide a copy of this order and the defendant's letter to counsel for the government, to counsel for the defendant, and to the defendant at defendant's last known address.

Dated January 30, 2012.

BY THE COURT:

*Richard G. Kopf*
United States District Judge