IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:10CR3042-1 |
| V. | ) | |
| JENNIFER LYNN BROWN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff shall file its response to the defendant's motion for sentence reduction (filing no. 146) on or before February 9, 2016.

DATED this 26th day of January, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge