IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:10CR3042 |
| | ) | |
| V. | ) | |
| | ) | |
| JENNIFER LYNN BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the plaintiff's motion for extension of time to file a notice of appeal pursuant to FRAP 4(b)(4) (filing no. 152) is granted.

DATED this 21st day of March, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge