IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3042 |
| v. | ) | |
| JENNIFER LYNN BROWN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for leave to proceed in forma pauperis (filing no. 171) is granted.

DATED this 18th day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge